IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARIAN SANDERS SELLERS,

    Plaintiff,
v.                                            CASE NO. 1:06-cv-00006-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner's decision denying benefits be affirmed. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that substantial evidence supported the Administrative Law Judge's rejection of plaintiff's subjective complaints of pain. Although there was evidence of an underlying medical condition, there was no objective evidence to confirm that her pain was so severe that it would be disabling. Further, the ALJ specifically relied upon the treatment notes of Plaintiff's treating physician, who treated her conservatively and restricted her only to 20 pounds lifting with no repetitive bending or stretching. The ALJ also based his determination on the findings of the

*Page 2 of 2*

consultative examiner, Dr. Nazario, who diagnosed PTSD, early onset bi-polar, with a recent episode of depression. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  *15th*   day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge